UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEGGY SCHILL, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-337 |
| NATIONAL PROCESSING COMPANY and DOES 1-10 and NATIONAL CHECK PROCESSING LLC, | § § § § § § | |
| Defendants. | § § | |

### ORDER

In accordance with the Notice of Dismissal filed on December 6, 2010, it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on this day 7th of December, 2010.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE